UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-62146-CIV-SCOLA

JUDITH MAME-DURAND,

    Plaintiff,

vs.

BRERLO, LLC

    Defendant.

_____/

### ORDER APPROVING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal with Prejudice [D.E. #18]. The Court has carefully considered the joint stipulation and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation to Dismiss Case with Prejudice is hereby **GRANTED**.

2. This action is hereby **DISMISSED WITH PREJUDICE**.

3. Each party to bear their own attorney's fees and costs.

4. All pending motions are **DENIED** as **MOOT**. This case is now closed.

DONE AND SIGNED in Chambers, at Miami, Florida this \_\_\_\_ Day of April, 2013

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record